# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 19-50271
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 21, 2019

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE NAVARETTE-CARDENAS, also known as Cuchillo, also known as
Jose Belen Navarette-Cardenas, also known as Jose Navarete-Cardenas, also
known as Jose Navarrette-Cardenas,

Defendant-Appellant

————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CR-847-12

————————————

Before ELROD, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jose Navarette-Cardenas has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Navarette-Cardenas has not filed a response. We have reviewed
counsel's brief and the relevant portions of the record reflected therein. We

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-50271

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.